Submitted on record and briefs May 30, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRUCE EARL BENNETT,
*Defendant-Appellant.*

Multnomah County Circuit Court
031054548, 050849011
A130981 (Control); A130982

174 P3d 1119

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Mary-Shannon Storey, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. On the reply brief were Peter Gartlan, Chief Defender, Legal Services Division, and Mary-Shannon Storey, Deputy Public Defender.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

Affirmed. *State v. Rodriguez,* 217 Or App 24, 175 P3d 471 (2007).